UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RUILIANG LI,

　　　　　Petitioner,

　　　v.

WARDEN OF ADELANTO ICE

PROCESSING CENTER, et al.

　　　　　Respondents.

Case No. 5:26-cv-02638-VBF-KES

ORDER ACCEPTING REPORT AND
RECOMMENDATION OF U.S.
MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge (Dkt. 8). According to the Magistrate Judge's Notice of Filing R&R, the parties had to file any objections to the May 28, 2026 R&R no later than Monday, June 1, 2026. Nonetheless, the day after the deadline expired, the respondents filed belated objections to the R&R (Doc 10). In its discretion, the Court has elected to consider the respondents' untimely objections.

**The objections are OVERRULED in part & SUSTAINED in part.**

**The Court adopts the reasoning of the respondents in their objection at page 3 lines three through twenty, and at page 6 line sixteen through page 8 line seven.**  Accordingly, the Court will not include permanent-injunction language that could be construed as purporting to prohibit the government from imposing statutorily mandatory detention on petitioner during his 90-day pre-removal period, if and when applicable.  **The Court otherwise OVERRULES the respondents' objections and adopts the R&R.  IT IS THEREFORE ORDERED that:**

1. **Judgment shall be entered granting Ground 1 of the Petition and denying Ground 2 as moot.**

2. **Respondents must immediately release Ruiliang Li (A# 245-398-548) from custody.**

3. **If Respondents have not released Petitioner within three days of the date of this order, Petitioner may file a request for an order to show cause re contempt.**

4. ***Unless petitioner is being re-detained because such detention is mandated by 8 U.S.C. section 1231(a)(2)(A) after a removal order has become final, the* respondents shall not re-detain Petitioner without providing him a pre-detention hearing before a neutral decisionmaker where Respondents bear the burden of demonstrating by clear and convincing evidence that (a) Petitioner is a flight risk or a danger such that his physical custody is required, or (b) on account of changed circumstances, there is a significant likelihood that Petitioner may be removed in the reasonably foreseeable future.**

Date:  June 4, 2026

_Valerie Baker Fairbank_

_____

Hon. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

2