JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RUILIANG LI,

     Petitioner,

v.

WARDEN OF ADELANTO ICE

PROCESSING CENTER, et al.,

     Respondents.

Case No. 5:26-cv-02638-VBF-KES

**JUDGMENT**

Pursuant to this Court's contemporaneously issued Order Overruling in Part and Sustaining in Part respondents' objections to the Report & Recommendation of the United States Magistrate Judge, IT IS ADJUDGED that Ground 1 of the Petition is granted and Ground 2 of the Petition is denied as moot.

Date:  June 4, 2026

_____

Hon. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE